UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLIED WORLD ASSURANCE COMPANY (U.S.), INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GREAT DIVIDE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 3:21-cv-00386 (SVN) |

## JUDGMENT

This action having come before the Court for consideration of the Plaintiff's motion for summary judgment and the Defendant's motion for summary judgment, before the Honorable Sarala V. Nagala, United States District Judge; and

The Court having considered the motions and the full record of the case including applicable principles of law, and having granted the Defendant's motion and denied the Plaintiff's motion on September 30, 2022; it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of Great Divide Insurance Company.

Dated at Hartford, Connecticut, this 5th day of October, 2022.

                                                DINAH MILTON KINNEY, Clerk

                                                By: /s/ Michael Bozek
                                                     Michael Bozek
                                                     Deputy Clerk

Entered on Docket: 10/5/2022